CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. Avery Joseph Antonio DOB: 1994; United States Jesse Joseph Antonio DOB: 2002; United States | DOCKET NO. |
| | MAGISTRATE'S CASE NO. 21-08700MJ |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

**COUNT 1 (Felony)** On or about August 16, 2021, in the District of Arizona, **Avery Joseph Antonio** and **Jesse Joseph Antonio**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with other persons, known and unknown, to transport certain illegal aliens, including Marcos Giron-Lopez, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).**

**COUNT 2 (Felony)** On or about August 16, 2021, in the District of Arizona, **Avery Joseph Antonio** and **Jesse Joseph Antonio**, knowing and in reckless disregard of the fact that certain illegal aliens, including Marcos Giron-Lopez, had come to, entered and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On August 16, 2021, HSI Sells agents and US Border Patrol Agents observed a silver Ford Flex SUV with a temporary Arizona license plate parked on the south side of SR86 approximately a half (½) mile west of Hayhook Ranch Road with both driver side doors open. Agents observed two male subjects in camouflage clothing walking southbound quickly from the vehicle south of a barbed wire fence, a male subject identified as **Avery Joseph Antonio** coming in and out of the driver's seat compartment, and another male subject identified as **Jesse Joseph Antonio** standing at the rear of the vehicle preparing to open the rear hatch door. Agents believed this to be a human smuggling event and that the suspects were attempting to walk around the established immigration checkpoint. Agents detained **Avery Joseph Antonio** and **Jesse Joseph Antonio**, as well as two noncitizens located hiding in the rear and on the side of the vehicle.

During post-Miranda interview, **Avery Joseph Antonio** and **Jesse Joseph Antonio** admitted to agents they were smuggling noncitizens for profit. **Avery Joseph Antonio** advised he was expecting to make approximately $1,000 USD, while **Jesse Joseph Antonio** was expecting to make an unknown amount of money. **Avery Joseph Antonio** admitted that there were originally four noncitizens in the vehicle.

Material witness Marcos GIRON-Lopez admitted that he was a citizen of Mexico without legal permission to be in the US and was paying 3,000 pesos to get to Los Angeles.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Marcos Giron-Lopez

| Detention Requested Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY: AUSA JAA/arm | SIGNATURE OF COMPLAINANT CHRISTOPHER M CRAVENS Digitally signed by CHRISTOPHER M CRAVENS Date: 2021.08.17 11:12:04 -07'00' |
|---|---|
| | OFFICIAL TITLE Chris Cravens, Special Agent, Homeland Security Investigations |
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE August 17, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54